# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Aria Target Logistics Services | ) ASBCA Nos. 61843, 61844, 61845 |
| | )                 61846, 61848, 61849 |
| | )                 61850, 61863, 61990 |
| | )                 62103, 62117, 62206 |
| | )                 62240, 62310, 62358 |
| | )                 62359, 62555, 62556 |
| | )                 62557, 62652, 63242 |
| | )                 63243 |
| | ) |
| Under Contract No. W91B4N-11-D-7004 | ) |

APPEARANCES FOR THE APPELLANT:     Michael D. Maloney, Esq.
                                         Williams Mullen PC
                                         Tysons Corner, VA

                                       Bryan T. Bunting, Esq.
                                         Wiley Rein LLP
                                         Washington, DC

                                       Todd W. Miller, Esq.
                                         Miller & Miller
                                         Denver, CO

                                       Enayat Qasimi, Esq.
                                         Whiteford, Taylor & Preston L.L.P.
                                       Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                       Army Chief Trial Attorney
                                       James D. Stephens, Esq.
                                       MAJ Jill B. Wiley, JA
                                       1LT Bryan R. Williamson, JA
                                       1LT Dorothy D. Smith, JA
                                       Christopher T. DelGiorno, Esq.
                                         Trial Attorneys

ORDER OF DISMISSAL

Count II for ASBCA Nos. 61844, 61845, 61846, 61848, 61849, 61850, 62103, 62206, 62310, 62555, 62556, and 62557 have been withdrawn. Accordingly, Count II for ASBCA Nos. 61844, 61845, 61846, 61848, 61849, 61850, 62103, 62206, 62310, 62555, 62556, and 62557 are dismissed from the Board's docket with prejudice.

Dated: September 20, 2022

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals Count II for ASBCA Nos. 61844, 61845, 61846, 61848, 61849, 61850, 62103, 62206, 62310, 62555, 62556, and 62557, Appeals of Aria Target Logistics Services, rendered in conformance with the Board's Charter.

Dated: September 21, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2